IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL B. WILLIAMS, | ) | No. C 03-5147 MMC (PR) |
| Petitioner, | ) ) | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| v. | ) ) | |
| STEPHEN MAYBERG, Warden, | ) ) | |
| Respondent. | ) ) | |
| _____ | ) | |

      On November 21, 2003, petitioner, a civil detainee confined at Atascadero State Hospital pursuant to California Welfare and Institutions Code § 6602, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a 1991 state court conviction. On November 8, 2004, respondent's motion to dismiss the petition as untimely was granted, judgment was entered in respondent's favor, and the case was closed. The Court of Appeals thereafter denied petitioner's request for a certificate of appealability. On March 1, 2007, petitioner filed a motion for reconsideration in this court, which motion was denied on April 27, 2007. Petitioner has filed a notice of appeal from the denial of the motion for reconsideration, which notice the Court construes as including a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997). Petitioner has not shown "that reasonable jurists would find" this Court's ruling "debatable or wrong." See Slack v. McDaniel, 529 U.S. 473, 483 (2000). Accordingly, the request for a certificate of appealability is hereby DENIED.

The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which petitioner may also seek a certificate of appealability.  See Asrar, 116 F.3d at 1270.

IT IS SO ORDERED.

DATED: May 24, 2007

_____
MAXINE M. CHESNEY
United States District Judge